UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. VALENZUELA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTIESTEBAN, *et al.*,<br><br>    Defendants. | No. 1:20-cv-01093-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 11) |

Plaintiff Mario A. Valenzuela is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 20, 2020, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff stated a cognizable claim against defendants Santiesteban, Rodriguez, and Alejo for excessive force in violation of the Eighth Amendment for the incident on June 22, 2019 and a cognizable claim against defendant Perez for failing to protect against the alleged excessive force by Santiesteban, Rodriguez, and Alejo for the incident on June 22, 2019 in violation of the Eighth Amendment, but failed to state any other cognizable claims or properly joined claims against any other defendants. The magistrate judge ordered plaintiff to either file a first amended complaint or notify the court of his willingness to proceed only on the cognizable claims. (Doc. No. 6.) On September 29, 2020, plaintiff notified the court of his willingness to proceed on the cognizable claims identified by the court. (Doc. No. 9.)

Accordingly, on October 1, 2020, the magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's complaint against defendants Santiesteban, Rodriguez, and Alejo for excessive force in violation of the Eighth Amendment and defendant Perez for failure to protect in violation of the Eighth Amendment arising from the incident on June 22, 2019. (Doc. No. 11.) The magistrate judge further recommended that all other claims and defendants be dismissed from this action based on plaintiff's failure to state claims upon which relief may be granted or failure to properly join claims pursuant to Federal Rule of Civil Procedure 18. (*Id.*)

On October 13, 2020, plaintiff filed a notice of clarification. (Doc. No. 12.) Plaintiff's notice states that although he notified the court of his willingness to proceed on the cognizable claims regarding the June 22, 2019 incident, he would still like to file the improperly joined claims individually on a later date. (*Id.*) This clarification does not require or even request any adjustment to the conclusions set forth in the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's notice of clarification, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 1, 2020, (Doc. No. 11), are adopted in full;
2. This action shall proceed on plaintiff's complaint, filed August 6, 2020, (Doc. No. 11), against defendants Santiesteban, Rodriguez, and Alejo for excessive force in violation of the Eighth Amendment and defendant Perez for failure to protect in violation of the Eighth Amendment arising from the incident on June 22, 2019;
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted or failure to properly join claims pursuant to Federal Rule of Civil Procedure 18; and

/////

4.  This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **October 21, 2020**

_____
UNITED STATES DISTRICT JUDGE

3