# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. VALENZUELA,<br><br>            Plaintiff,<br><br>      v.<br><br>SANTIESTEBAN, *et al.*,<br><br>            Defendants. | Case No.  1:20-cv-01093-JLT-BAM (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF: RE EXTENSION OF TIME TO COMPLETE DISCOVERY AS MOOT<br>(ECF No. 93)<br><br>Discovery Deadline: **March 31, 2026** |

Plaintiff Mario A. Valenzuela ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against:  (1) Defendants Santiesteban, Rodriguez, and Gamboa for excessive force in violation of the Eighth Amendment for the incident on June 22, 2019; and (2) Defendant Perez for failure to protect against the alleged excessive force for the incident on June 22, 2019, in violation of the Eighth Amendment.

On March 3, 2025 the Court issued an amended discovery and scheduling order in this action.  (ECF No. 74.)

On October 2, 2025, based on the subsequent amendment of the complaint and the appearance of Defendant Gamboa in this action on October 1, 2025, the Court extended the application of the March 3, 2025 discovery and scheduling order to Defendant Gamboa and extended the discovery and dispositive motion deadlines, with the exception of amended pleading

1

1   deadline. (ECF No. 90.) Based on that order, the deadline to complete discovery is March 31,
2   2026. (*Id.*)
3       Currently before the Court is Defendants' motion for administrative relief, which seeks a
4   33-day extension of the discovery deadline set forth in the Court's March 3, 2025 discovery and
5   scheduling order. (ECF No. 93.) In support of the motion, defense counsel declares that
6   Defendants originally noticed Plaintiff's deposition for October 21, 2025, but counsel
7   experienced a personal emergency, which required a leave of absence for the remainder of the
8   week and the cancellation of Plaintiff's deposition. (*Id.* at 3.) Defense counsel is currently
9   coordinating with California State Prison, Sacramento to reschedule Plaintiff's deposition and
10  anticipates that an additional thirty-three days should provide sufficient time to make the
11  necessary arrangements to re-notice Plaintiff's deposition and depose Plaintiff. Defense counsel
12  therefore requests that the time to complete discovery be extended to December 1, 2025. (*Id.*)
13      Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is
14  unnecessary. The motion is deemed submitted. Local Rule 230(l), 233.
15      Having considered the motion, the Court finds that the requested extension of the
16  discovery deadline is unnecessary. Although the Court extended the March 3, 2025 discovery
17  and scheduling order to Defendant Gamboa, it also extended the deadline for filing motions for
18  summary judgment under Federal Rule of Civil Procedure 56 for failure to exhaust administrative
19  remedies, the deadline for completion of all discovery, and the deadline for filing all dispositive
20  motions. (ECF No. 90.) Contrary to Defendants' suggestion in its moving papers, the extension
21  of these deadlines was not limited to Defendant Gamboa only, and the current deadline to
22  complete discovery in this action is March 31, 2026. (*Id.*) Defendants' request to extend the
23  deadline to December 1, 2025, is therefore unnecessary and will be denied as moot.
24      Accordingly, it is HEREBY ORDERED that:
25      1. Defendants' motion for administrative relief: re extension of time to complete
26         discovery, (ECF No. 93), is DENIED as moot.
27      2. As previously ordered by this Court, the deadline for completion of all discovery by
28         the parties, including filing all motions to compel discovery, is **March 31, 2026.**

Further, the deadline for filing motions for summary judgment under Federal Rule of Civil Procedure 56 is **December 1, 2025**, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) by the parties is **June 9, 2026**.

3. **The parties are reminded that a request for an extension of these deadlines must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause.**

IT IS SO ORDERED.

Dated: **October 28, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE