# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. VALENZUELA,<br><br>        Plaintiff,<br><br>    v.<br><br>SANTIESTEBAN, *et al.*,<br><br>        Defendants. | Case No.  1:20-cv-01093-JLT-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE 60 DAYS<br><br>(ECF No. 95)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Mario A. Valenzuela ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against: (1) Defendants Santiesteban, Rodriguez, and Gamboa for excessive force in violation of the Eighth Amendment for the incident on June 22, 2019; and (2) Defendant Perez for the failure to protect against the alleged excessive force for the incident on June 22, 2019, in violation of the Eighth Amendment.

Pursuant to the Court's discovery and scheduling order, the deadline for completion of all discovery, including filing all motions to compel discovery, is March 31, 2026, the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is June 9, 2026.  (ECF No. 90.)

Currently before the Court is Plaintiff's motion to modify the discovery and scheduling order, filed on March 7, 2026.  (ECF No. 95.)  In his motion, Plaintiff requests the Court to

1

extend the discovery deadline by sixty (60) days from March 31, 2026, to May 31, 2026.  (*Id.*) Defendants have not yet filed a response.

The Court finds it appropriate to obtain a response from Defendants regarding the motion. Accordingly, Defendants shall file a response to Plaintiff's motion within **fourteen (14) days** from the date of service of this order.  Plaintiff's reply, if any, is due within **seven (7) days** from the date of service of Defendants' response.

IT IS SO ORDERED.

Dated:   **April 8, 2026**                         /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

2