# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. VALENZUELA,<br>Plaintiff,<br>v.<br>SANTIESTEBAN, *et al.*,<br>Defendants. | Case No. 1:20-cv-01093-JLT-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 101) |

Plaintiff Mario A. Valenzuela ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against: (1) Defendants Santiesteban, Rodriguez, and Gamboa for excessive force in violation of the Eighth Amendment for the incident on June 22, 2019; and (2) Defendant Perez for failure to protect against the alleged excessive force for the incident on June 22, 2019, in violation of the Eighth Amendment.

On June 9, 2026, Defendants filed a motion for summary judgment on the ground that the undisputed facts show that Plaintiff's Eighth Amendment claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). (ECF No. 99.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment, but failed to file a timely opposition. Accordingly, on July 14, 2026, the Court issued an order directing Plaintiff to show cause within twenty-one (21) days why this action should not be dismissed for failure to prosecute. (ECF No.

101.) Plaintiff was informed that he could comply with the Court's show cause order by filing an opposition or statement of non-opposition to Defendants' motion for summary judgment. (*Id.*)

On August 6, 2026, Plaintiff filed a response to the motion for summary judgment. (ECF No. 102.)

In light of Plaintiff's response, the July 14, 2026 order to show cause, (ECF No. 101), is HEREBY DISCHARGED**.**

IT IS SO ORDERED.

Dated: **August 11, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE